# United States Bankruptcy Court
## Southern District of Ohio

In re  **Ronald L Shrock**
**Trudy L Shrock**
Debtor(s)

Case No. **2:12-bk-55813**
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number:  **xxx-xx-1469**

Joint Debtor's Social Security Number:  **xxx-xx-1896**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:  **Ronald L Shrock**

Street:  **21909 Oxford Twp Rd 255**

City, State and Zip:  **West Lafayette, OH 43845**

Telephone #:

**Please be advised that effective March 18, 2015,
my (our) new mailing address and telephone number is:**

Name:  **Ronald L Shrock**

Street:  **PO Box 114**

City, State and Zip:  **Boliver, Ohio 44612**

Telephone #:

*/s/* **Ronald L Shrock**
**Ronald L Shrock**
Debtor

*/s/* **Trudy L Shrock**
**Trudy L Shrock**
Joint Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2015 in the year of Our Lord, a copy of the foregoing **Change of Address** was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the Court:

Frank Pees, Chapter 13 Trustee
U.S. Trustee

And on the following by **ordinary U.S. Mail** addressed to:

*/s/ Mitchell C. Marczewski*
**MITCHELL C. MARCZEWSKI (0073258)**